THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PRUDENCIO GONZALEZ, Otherwise Known as "RED" RUBIO, JOSE GONZALEZ, Otherwise Known as JOE GONZALEZ, Appellants, and Others, Defendants. This is an appeal from a judgment of conviction rendered against the above-named appellants upon the verdict of a jury in the County Court of Ulster county, on the 28th day of April, 1936, convicting the defendants of robbery in the first degree, and from an order denying a motion to set aside the verdict and for a new trial. A careful examination of the evidence shows that a robbery was committed in a road camp by five men, of whom four at least were armed, and four of whom to some degree were masked. They were not apprehended for more than four years afterwards and the workers in the camp, forty to forty-five in number, who were robbed, had scattered to the four corners of the earth. Three of them were at the trial and three of them positively identified one of the defendants and one of them positively identified the other. The defendants testified in their own defense and one of the defendants produced some evidence that he was in Hartford, Conn., the next day after the robbery and that he was at his home in Paterson, N. J., the night of the robbery. The woman with whom he was living testified to this and some of the boarders in the house where he lived, with whom he was playing cards on the night of the robbery. A careful examination of all of the evidence in the case coupled with the fact that the principal witnesses were members of the road gang at the time of the robbery and were unknown to the jury and that the jury heard the witnesses and judged their credibility and found the defendants guilty leads us to the conclusion that the judgment of conviction appealed from and the order should be affirmed. Such errors, if any, as occurred during the course of the trial were immaterial and may be disregarded. Judgment of conviction and order denying motion for new trial unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

HELEN GLENN and JAMES J. GLENN, Respondents, v. INDEPENDENT AUTO FORWARDING CORPORATION and JOHN L. HOLBEN, Appellants. LEVIA CHIARETTA and LINDA CHIARETTA, Respondents, v. INDEPENDENT AUTO FORWARDING CORPORATION, Appellant.— Appeal from four judgments of the Supreme Court entered upon the verdicts of a jury in favor of the plaintiff Helen Glenn for $5,000, plaintiff James J. Glenn for $350, plaintiff Levia Chiaretta for $3,000, and plaintiff Linda Chiaretta, for $1,000 with costs, in the Schenectady county clerk's office and from orders denying a motion to set aside the verdicts and for a new trial. The sole point on this appeal is that the verdicts were excessive. Judgments and orders affirmed, with costs in one action. Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Bliss, J., dissents as to the judgment in favor of James J. Glenn upon the authority of Gass v. Agate Ice Cream, Inc. (264 N. Y. 141).